GRIFFIN v. PRICE

[334 N.C. 686 (1993)]

RICHARD S. GRIFFIN v. C. W. PRICE, JR., AND WIFE, MARGARET PRICE; DONALD EUGENE PRICE; MICHAEL EUGENE PRICE AND WIFE, KATHY LAMAR PRICE

No. 47PA93

(Filed 8 October 1993)

On discretionary review pursuant to N.C.G.S. § 7A-31 of a decision of the Court of Appeals, 108 N.C. App. 496, 424 S.E.2d 160 (1993), reversing an order entered 24 June 1991 and a judgment entered 25 June 1991 by Long, J., in Superior Court, Union County, granting respondents' motion for judgment notwithstanding the verdict. Heard in the Supreme Court 17 September 1993.

*Steelman & Long, by Sanford L. Steelman, Jr., for petitioner-appellee.*

*James E. Griffin and Larry E. Harrington for respondent-appellants.*

PER CURIAM.

On the authority of *Speight v. Anderson*, 226 N.C. 492, 39 S.E.2d 371 (1946) (*see also West v. Slick*, 313 N.C. 33, 326 S.E.2d 601 (1985)), the decision of the Court of Appeals is reversed. The case is remanded to the Court of Appeals for further remand to the Superior Court, Union County, for reinstatement of the order and judgment allowing the respondents' motion for judgment notwithstanding the verdict.

REVERSED AND REMANDED.